IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HUBERT BABB,

    Plaintiff,

v.                                   CASE NO. 4:19cv3-RH-CAS

DR. E. PEREZ,
and DR. E. TOLEDO,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 16. No objections have been filed. Upon review,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on February 7, 2020.

                              s/Robert L. Hinkle
                              United States District Judge